# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

UNITED STATES OF AMERICA          *       CRIM. NO. 08 CR 143-01

VERSUS                            *       JUDGE HAIK

TERRAL JAMES TAYLOR               *        MAGISTRATE JUDGE HILL

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing in this case was held on June 19, 2008.  I conclude that the following facts require the detention of the defendant pending trial.

## FINDINGS OF FACT

The defendant waived his right to a detention hearing, reserving his right to such a hearing after his counsel has discussed his pending state charges with the law your representing him on those charges. The court finds that no condition or combination of conditions will reasonably assure the safety of the community and the defendant's appearance at trial.

## WRITTEN REASONS FOR DETENTION

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: (1) the defendant has multiple arrests and convictions for battery, criminal damage to property, DUI, burglary, drug offenses and traffic charges; (2) the defendant has had his probation revoked and has failed to

appear in court as ordered.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, June 19, 2008.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE