U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 7 2012

TONY R. MOORE, CLERK
BY _____
     DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 2:08-cr-00143 |
| | 2:12-cv-0654 |
| VERSUS | JUDGE RICHARD T. HAIK |
| TERRAL JAMES TAYLOR | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael for Report and Recommendation. For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, *R. 99*, and having determined that the findings and recommendation are correct under the applicable law, *R. 98*;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Terral James Taylor's Motion to Vacate pursuant to 28 U.S.C. § 2255 [rec. doc. 91] be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 5th day of November, 2012.

_____
Richard T. Haik, Sr.
United States District Judge